**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FILED
2007 APR 24 P 3: 39
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

Case No. 3:00-cr-443-J-20HTS

CHRISTOPHER LASHAUN FREEMAN

_____/

## ORDER

On April 24, 2007, Kathleen O'Malley, Assistant United States Attorney, and the Defendant, CHRISTOPHER LASHAUN FREEMAN, appeared in person and with his counsel, Maurice C. Grant, II, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 150, filed March 30, 2007).

The Defendant, having heretofore been convicted on June 28, 2001, in Case No. 3:00-cr-443-J-21HTS, of offense charged, to wit: Conspiracy to distribute cocaine, in violation of 21 U.S.C. § 846, as charged in Count One of the Indictment; and was sentenced to be imprisoned for a term of 108 months (subsequently reduced to 63 months on June 15, 2004); and was placed on supervised release for a term of five (5) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 150, filed March 30, 2007) is **GRANTED**; however, supervision is reinstated upon the original terms and conditions, modified as follows:

The Defendant shall reside in a Residential Re-entry Center for a period of an additional 90 days for a new total of 180 days and shall observe the rules of that facility. The Defendant shall be placed in the Community Confinement component of the program and shall obtain a physical examination at his own expense before entering the program.

**DONE AND ORDERED** at Jacksonville, Florida, this 24th day of April, 2007.

*[signature]*
HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Kathleen O'Malley, Esq.
Maurice C. Grant, II, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office